# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Mag. No. 16-8085 |
| JAMIE FOX | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Vikas Khanna and Lee M. Cortes, Jr., Assistant United States Attorneys), and defendant Jamie Fox (by Michael Critchley, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through September 24, 2016 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date on which he was served with a summons in connection with such matter pursuant to Title 18, United States Code, Section 3161(b); and the defendant having consented to the continuance and waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties anticipate that negotiations will commence shortly, and both the United States and the defendant seek additional time to engage in

such negotiations, which could render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the requested continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 27th day of July, 2016;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 24, 2016; and it is further

ORDERED that the period from the date this Order is signed through September 24, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSE L. LINARES
United States Magistrate Judge

Form and entry consented to:

_____
Michael Critchley, Esq.
Counsel for Defendant

_____
Vikas Khanna
Lee M. Cortes, Jr.
Assistant U.S. Attorneys

2